ACCEPTED
03-14-00036-CV
3763886
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 11:45:58 AM
JEFFREY D. KYLE
CLERK

# No. 03-14-00036-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 11:45:58 AM
JEFFREY D. KYLE
Clerk

IN THE THIRD DISTRICT COURT OF APPEALS
AUSTIN, TEXAS

_____

RICHARD J. MALOUF DDS, RICHARD J. MALOUF DDS, PC, and RICHARD J. MALOUF DDS, PA,

Appellants

v.

THE STATE OF TEXAS EX REL, DR. CHRISTINE ELLIS, D.D.S. and MADELAYNE CASTILLO

Appellees

_____

## APPELLANTS' ORAL ARGUMENT HANDOUTS

_____

ELIZABETH G. BLOCH
State Bar No. 02495500
Heidi.bloch@huschblackwell.com
THOMAS H. WATKINS
State Bar No. 20928000
Tom.watkins@huschblackwell.com
LORINDA HOLLOWAY
State Bar No. 00798264
Lorinda.holloway@huschblackwell.com
Husch Blackwell LLP
111 Congress, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (fax)

*Attorneys for Appellants Richard J. Malouf DDS and Richard J. Malouf DDS, PC*

J.A. CANALES
State Bar No. 03737000
TonyCanales@canalessimonson.com
Canales & Simonson, PC
2601 Morgan Ave.
Corpus Christi, Texas 78465
(361) 883-0601
(361) 884-7023 (fax)
*Attorneys for Appellant Richard J. Malouf DDS, PA*

**"Health care liability claim:"**

"a cause of action against a health care provider or physician for treatment, lack of treatment, or other claimed departure from accepted standards of medical care, or health care, or safety or professional or administrative services directly related to health care, which proximately results in injury to or death of a claimant, whether the claimant's claim or cause of action sounds in tort or contract." TMLA § 74.001(a)(13) (amended 2003)

**"Professional or administrative services:"**

"those duties or services that a physician or health care provider is required to provide as a condition of maintaining the physician's or health care provider's license, accreditation status, or certification to participate in state or federal health care programs." TMLA § 74.001(a)(24) (added 2003)

AUS-6050316-1 6060880/4

**TMLA § 74.001(a)(2):**

"'<u>Claimant</u>' means a <u>person</u>, including a decedent's estate, seeking or who has sought recovery of damages in a health care liability claim."

**Tex. Gov't Code § 311.005:**

The following definitions apply unless the statute or context in which the word or phrase is used requires a different definition:

(2) "<u>Person" includes</u> corporation, organization, <u>government or governmental subdivision or agency</u>, business trust, estate, trust, partnership, association, and any other legal entity.

**Tex. Civ. Prac. & Rem. Code § 1.002:**
The Code Construction Act (Chapter 311, Government Code) applies to the construction of each provision in this code, except as otherwise expressly provided by this code.

**Tex. Gov't Code § 311.034:**
In a statute, the use of "person," as defined by Section 311.005 to include governmental entities, does not indicate legislative intent to waive sovereign immunity ….
    [Codifies common law: "person" includes the
    State unless sovereign immunity is implicated]

## Rules of statutory construction:

- Courts must begin with the "plain and common meaning of the statute's words." *Tex. W. Oaks Hosp. LP v. Williams*, 371 S.W.3d 171, 177 (Tex. 2012).

- "Where text is clear, text is determinative." *Entergy Gulf States, Inc. v. Summers,* 282 S.W.3d 433, 437 (Tex. 2009).

- "We cannot add words into, or delete language from, a statutory provision unless doing so is 'necessary to give effect to clear legislative intent,' because '[o]nly truly extraordinary circumstances showing unmistakable legislative intent should divert us from enforcing the statute as written.' *Tex. Adjutant Gen.'s Office v. Ngakoue*, 408 S.W.3d 350, 362 (Tex. 2013).

- "Even when it appears the Legislature may have made a mistake, courts are not empowered to 'fix' the mistake by disregarding direct and clear statutory language that does not create an absurdity." *Texas Lottery Commission v. First State Bank of DeQueen*, 325 S.W.3d 628, 638 (Tex. 2010).

- Courts "are not responsible for omissions in legislation." *Diversicare Gen. Partner, Inc. v. Rubio*, 185 S.W.3d 842, 860 (Tex. 2005).

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument has been served upon the following counsel of record via hand delivery and/or the Court's electronic filing system on the 14th day of January, 2015:

Raymond C. Winter
Margaret Moore
Reynolds Brissenden
David Drew Wright
Damon T. Ong
Douglas D. Geyser
Civil Medicaid Fraud Division
Assistant Attorneys General
P.O. Box 12548
Austin, Texas 78711-2548
*Attorneys for the State of Texas*

Dan Hargrove
Waters & Kraus, LLP
600 Navarro, Suite 500
San Antonio, Texas 78205
*Attorneys for Plaintiff Dr. Christine Ellis, D.D.S.*

J. Michael Tibbals
Snell Wylie & Tibbals
8150 North Central Expressway, Suite 1800
Dallas, Texas 75206
*Counsel for Relator, Madelayne Castillo*

C. Gregory Shamoun
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, Texas 75234
*Attorneys for 2009 Straight Family Lane Family, LP,*
*Camelia Family Limited Partnership, RMAL Holdings, LLC,*
*M5 Holdings, LLC, and Hypermart Holdings, LP, LLC*

Joseph A. Friedman
Kevin P. Perkins
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201
*Counsel for AS Property Holdings, LLC and*
*All Smiles Dental Center, Inc.*

Robert M. Anderton
Mark Hanna
Law Offices of Hanna & Anderton
900 Congress Avenue, Suite 250
Austin, Texas 78701
*Counsel for Haltom City Smiles, PLLC, Jacksboro Smiles, PLLC, Fort Worth Smiles by Wire, PLLC, Garland Road Smiles, PLLC, Garland Road Smiles by Wire, PLLC, Jacksboro Smiles by Wire, PLLC, Lewisville Smiles, PLLC, All Smiles Dental Professionals, P.C., Park Plaza Smiles, PLLC, S. Hampton Smiles, PLLC, Haltom City Smiles, PLLC, Jacksboro Smiles, PLLC, Fort Worth Smiles by Wire, PLLC, Garland Road Smiles, PLLC, Jacksboro Smiles by Wire, PLLC, Lewisville Smiles, PLLC, Northwest Highway Smiles, PLLC, Plano Minyards Smiles, PLLC, St. Francis Smiles, PLLC, Valleyview Smiles, PLLC, Garland Road Smiles by Wire, PLLC*

Jay Madrid
Winstead
1201 Elm Street, Suite 5400
Dallas, Texas 75270
*Counsel for ASDC Holdings, LLC*

J. A. Canales
2601 Morgan Avenue
P. O. Box 5624
Corpus Christi, Texas  78465-5624
*Counsel for Richard J. Malouf, D.D.S., P.A.*

                                   */s/ Elizabeth G. Bloch*
                                   Elizabeth G. Bloch